

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00126-CV

| | | |
|---|---|---|
| Marta Carrejo Martinez | § | From the 96th District Court |
| | § | of Tarrant County (96-263989-13) |
| v. | | |
| | § | April 10, 2014 |
| Janet D. Mangrum | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's grant of the temporary injunction is affirmed.

It is further ordered that appellant Marta Carrejo Martinez shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Anne Gardner_____
Justice Anne Gardner